

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Corey Dewayne Wilbert, Appellant

No. 06-19-00036-CR      v.

The State of Texas, Appellee

Appeal from the 76th District Court of Camp County, Texas (Tr. Ct. No. CF-17-01787). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the phrase "to be determined" and substituting an assessment of $0.00 for attorney fees. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Corey Dewayne Wilbert, pay all costs of this appeal.

RENDERED OCTOBER 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk